FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 21 2010
JUL 21, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE ZAGEL

| UNITED STATES OF AMERICA | No. 10 CR 527 |
|---|---|
| v. | |
| RYAN SCOTT | Violations: Title 21, United States Code, Section 841(a)(1); Title 18, United States Code, Sections 922(g)(1) and 924(c) |

MAGISTRATE JUDGE KEYS

## COUNT ONE

The SPECIAL MARCH 2010 GRAND JURY charges:

On or about June 17, 2010, at Homewood, in the Northern District of Illinois, Eastern Division,

RYAN SCOTT,

defendant herein, did knowingly and intentionally possess with intent to distribute controlled substances, namely a quantity of 3-4 Methylenedioxmethamphetamine (commonly known as "MDMA" or "ecstasy"), a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 17, 2010, at Homewood, in the Northern District of Illinois, Eastern Division,

RYAN SCOTT,

defendant herein, knowingly possessed a firearm in furtherance of a drug trafficking crime, namely the possession with intent to distribute controlled substances, namely a quantity of 3-4 Methylenedioxmethamphetamine (commonly known as "MDMA" or "ecstasy"), a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), as more fully described in Count One of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A).

## COUNT THREE

The SPECIAL MARCH 2010 GRAND JURY further charges:

On or about June 17, 2010, at Homewood, in the Northern District of Illinois, Eastern Division,

RYAN SCOTT,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely a loaded Bryco Arms model Bryco 59 9mm handgun, bearing serial number 801965, which firearm was in and affecting interstate commerce in that the firearm had traveled interstate prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2010 GRAND JURY further charges:

1. The allegations contained in Counts One through Three of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A), as alleged in the foregoing indictment,

RYAN SCOTT,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) includes, but is not limited to, a Bryco Arms model Bryco 59 9mm handgun, bearing serial number 801965, and the ammunition contained therein.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
UNITED STATES ATTORNEY